

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00484-CR

David Asa **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0549
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 27, 2019.

Sandee Bryan Marion, Chief Justice